```
                                                          FILED
                                                       February 10, 2009
         UNITED STATES DISTRICT COURT FOR THE         CLERK, US DISTRICT COURT
                                                       EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA              CALIFORNIA
                                                          DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:08-cr-475 GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Guillermo Antonio Mayorga, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Guillermo Antonio Mayorga  Case 2:08-cr-475 GEB  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    _X_  Unsecured bond in the amount of $100,000, cosigned by defendant's cousin within 24 hours, and a secured bond in the amount of $50,000, to be posted within 10 days

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    _X_  (Other) Probation conditions/supervision;

Issued at  Sacramento, CA  on 2/10/09  at  2:27 P.M.

By  _____
Kimberly J. Mueller,
United States Magistrate Judge