**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Guillermo Mayorga

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S-08-475 geb |
| Plaintiff, | STIPULATION AND (PORPOSED) RESCHEDULING STATUS |
| vs. | |
| GUILLERMO MAYORGA | Date: March 13, 2009<br>Time: 9: AM<br>Court: GEB |
| Defendant | |

It is hereby stipulate between the parties, by and through their respective counsel as follows that the status conference in the above reference matter be rescheduled to March 13, 2009 at 9:00 AM.

It is further agreed that the period from the time of the filing of this stipulation until March 13, 2009, should be excluded under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time for effective representation.

-1-

Accordingly, the parties respectfully request this Court to adopt this proposed stipulation.

**IT IS SO STIPULATED**

<u>/S/MICHAEL B. BIGELOW, Esq.,</u>　　　　　February 27, 2009
Michael b. Bigelow
Attorney for Guillermo Mayorga

<u>/S/JILL THOMAS, Esq.,</u>　　　　　　　　February 27, 2009
Jill Thomas, Esq.,
Assistant United States Attorney

# ORDER

**GOOD CAUSE APPEARING** and upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the matter be rescheduled for a status conference to March 13, 2009 at 9:00 AM.

The Court finds time excluded in this matter from February 27, 2009 through March 13, 2009, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time for effective representation.

**IT IS SO ORDERED.**

**DATED: March 3, 2009**

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-