**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Guillermo Mayorga

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. Cr.S-08-475  GEB |
| | ) | |
| Plaintiff | ) | STIPULATION AND PROPOSED ORDER |
| | ) | CONTINUING STATUS |
| v. | ) | |
| | ) | Date:      July 17, 2009 |
| GUILLERMO MAYORGA, | ) | Time:      9:00 AM |
| | ) | Court:     GEB |
| Defendant | ) | |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Friday May 15, 2009, at 9:00 AM, for status conference be rescheduled for July 17, 2009 at 9:00 AM for status conference.

Defense requests that this case be continued in order that the parties may finalize the details of the proposed resolution.

It is further stipulated that the period from May 15, 2009, through and including July 17, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial

-1-

Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

DATED: May 14, 2009        /S/ MICHAEL B. BIGELOW
                           Michael B. Bigelow
                           Attorney for Defendant

Dated: May 14, 2009        /S/ JILL THOMAS
                           Jill Thomas
                           Attorney for Plaintiff

**IT IS SO ORDERED**

May 21, 2009

_____
Garland E. Burrell, Jr.
United States District Judge