**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Guillermo Mayorga

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-08-475 GEB |
| Plaintiff, ) | STIPULATION AND ORDER RESCHEDULING STATUS |
| vs. ) | |
| GUILLERMO MAYORGA ) | Date: October 2, 2009 |
| ) | Time: 9:00 AM |
| Defendant ) | Court: GEB |

    It is hereby stipulate between the parties, by and through their respective counsel as follows that the status conference in the above reference matter be rescheduled to October 2, 2009 at 9:00 AM.

    It is further agreed that the period from July 17, 2009 up to October 2, 2009, should be excluded under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time for effective representation.

Accordingly, the parties respectfully request this Court to adopt this proposed stipulation.

**IT IS SO STIPULATED**

/S/MICHAEL B. BIGELOW, Esq.,          August 13, 2009
Michael b. Bigelow
Attorney for Guillermo Mayorga


/S/JILL THOMAS, Esq.,                 August 13, 2009
Jill Thomas, Esq.,
Assistant United States Attorney


# ORDER

**GOOD CAUSE APPEARING** and upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the matter be rescheduled for a status conference to October 2, 2009 at 9:00 AM.

The Court finds time excluded in this matter from July 17, 2009 through October 2, 2009, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time for effective representation.

**IT IS SO ORDERED**

**8/18/09**

GARLAND E. BURRELL, JR.
United States District Judge