**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
Guillermo Mayorga

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-08-475 GEB |
| Plaintiff, ) | AMENDED STIPULATION AND ORDER (PORPOSED) RESCHEDULING STATUS |
| vs. ) | |
| GUILLERMO MAYORGA ) | Date:   April 23, 2010 |
| Defendant ) | Time:   9:00 AM |
| | Court:  GEB |

It is hereby stipulate between the parties, by and through their respective counsel as follows that the trial confirmation hearing scheduled for March 5, 2010 and that the jury trial scheduled for March 23, 2010 in the above reference matter be dropped from the calendar and rescheduled for status conference on April 23, 2010 at 9:00 AM.

It is further agreed that the period from the time from March 5, 2010 until April 23, 2010, should be excluded under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local

-1-

Code T4, to allow continuity of counsel and to allow reasonable time for effective representation.

Accordingly, the parties respectfully request this Court to adopt this proposed stipulation.

**IT IS SO STIPULATED**

/S/MICHAEL B. BIGELOW, Esq.,                March 9, 2010
Michael B. Bigelow
Attorney for Guillermo Mayorga


/S/JILL THOMAS, Esq.,                       March 9, 2010
Jill Thomas, Esq.,
Assistant United States Attorney

# ORDER

**GOOD CAUSE APPEARING** and upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the matter be rescheduled for a status conference to April 23, 2010 at 9:00 AM.

The Court finds time excluded in this matter from March 5, 2010 through April 23, 2010, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time for effective representation.

**IT IS SO ORDERED**

**3/15/10**

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-