**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
Guillermo Mayorga

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-08-475 GEB |
| ) Plaintiff, ) | STIPULATION AND (PORPOSED) RESCHEDULING STATUS |
| vs. ) ) | Date:   August 6, 2010 |
| GUILLERMO MAYORGA ) ) | Time:   9:00 AM |
| Defendant ) ) ) | Court:  GEB |

It is hereby stipulate between the parties, by and through their respective counsel as follows that the status conference presently scheduled for June 11, 2010 and be rescheduled for status conference on August 6, 2010 at 9:00 AM.

It is further agreed that the period from the time of the filing of this stipulation until August 6, 2010, should be excluded under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time for effective representation.

-1-

Accordingly, the parties respectfully request this Court to adopt this proposed stipulation.

**IT IS SO STIPULATED**

/S/MICHAEL B. BIGELOW, Esq.,            June 9, 2010
Michael B. Bigelow
Attorney for Guillermo Mayorga


/S/JILL THOMAS, Esq.,                   June 9, 2010
Jill Thomas, Esq.,
Assistant United States Attorney


# ORDER

**GOOD CAUSE APPEARING** and upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the matter be rescheduled for a status conference to August 6, 2010 at 9:00 AM.

The Court finds time excluded in this matter from June 11, 2010 through August 6, 2010, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time for effective representation.

6/11/10

GARLAND E. BURRELL, JR.
United States District Judge

-2-