MARK J. REICHEL, State Bar #155034
REICHEL & PLESSER L.L.P.
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
GUILLERMO MAYORGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>          Plaintiff,        )<br>                             )<br>     v.                      )<br>                             )<br>                             )<br>                             )<br> GUILLERMO MAYORGA           )<br>                             )<br>          Defendant.         )<br>_____ | Case No. 08-475 GEB<br><br>**STIPULATION TO VACATE TRIAL DATE AND RE SET STATUS HEARING; ORDER THEREON**<br><br>Date: April 1, 2011<br>Time: 9:00 a.m.<br>Judge: GARLAND E. BURRELL, JR. |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present dates for the jury trial and trial confirmation hearing be vacated and re calendared as a status hearing on April 1, 2011

This is requested as defense counsel needs adequate time to prepare for the case, and the defense is still reviewing the discovery and will be researching for preparation on the case.

Accordingly, all counsel and defendant agree that time under the

Stip and Order

1  Speedy Trial Act from the date this stipulation is lodged, through
2  April 1, 2011 should be excluded in computing the time within which
3  trial must commence under the Speedy Trial Act, pursuant to Title 18
4  U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

5  DATED: March 3, 2011.          Respectfully submitted,

6                                 MARK J. REICHEL, ESQ.

7                                 /s/ MARK J. REICHEL
                                   MARK J. REICHEL
8                                  Attorney for defendant

10                                 BENJAMIN WAGNER
                                   United States Attorney

12  DATED: March 3, 2011.          /s/MARK J. REICHEL for:
                                   JILL THOMAS
13                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

Dated: March 3, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                                    2