MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
GUILLERMO MAYORGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR-S-08-475 GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | Date: April 29, 2011 |
|  | ) | Time: 9:00 a.m. |
|  | ) | Judge: Hon. Garland E. Burrell |
| GUILLERMO MAYORGA | ) |  |
| Defendants. | ) |  |

_____

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the status hearing be vacated and re calendared for April 29, 2011.

This continuance is requested as defense counsel needs adequate time to prepare for the case, the parties are in negotiations to resolve the matter, the defendant's attorney will be unavailable that day, and the defense is still reviewing documents related to the charges.

Stip and Order continuing status hearing

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through April 29, 2011 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: April 1, 2011.    Respectfully submitted,

                              MARK J. REICHEL, ESQ.

                              /s/ MARK J. REICHEL
                              MARK J. REICHEL
                              Attorney for defendant


                              Benjamin B. WAGNER
                              United States Attorney

DATED: April 1, 2011.    /s/MARK J. REICHEL for:
                              JILL THOMAS
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  April 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                                        2