MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
GUILLERMO MAYORGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR-S-08-475 GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | Date: May 20, 2011 |
|  | ) | Time: 9:00 a.m. |
|  | ) | Judge: Hon. Garland E. |
| GUILLERMO MAYORGA | ) | Burrell |
| Defendants. | ) |  |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the status hearing be vacated and re calendared for May 20, 2011.

This continuance is requested as defense counsel needs adequate time to prepare for the case, the parties are in negotiations to resolve the matter, the defendant's attorney will be reviewing documents related to the charges.

Accordingly, all counsel and defendant agree that time under the

Stip and Order continuing status hearing

Speedy Trial Act from the date this stipulation is lodged, through May 20, 2011 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(A) and Local Code T4.

DATED: April 26, 2011.          Respectfully submitted,

                                MARK J. REICHEL, ESQ.

                                /s/ MARK J. REICHEL
                                MARK J. REICHEL
                                Attorney for defendant


                                Benjamin B. WAGNER
                                United States Attorney


DATED: April 26, 2011.          /s/MARK J. REICHEL for:
                                JILL THOMAS
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(A) and Local Code T4.

Dated:  April 26, 2011

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge

Stip and Order                          2