```
1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  455 CAPITOL MALL, 3rd FLOOR, Suite 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:       (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
   Attorney for Defendant
6  GUILLERMO MAYORGA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br><br>GUILLERMO MAYORGA<br><br>             Defendants. | Case No. CR-S-08-475 GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date: June 3, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E.<br>       Burrell |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the status hearing be vacated and re calendared for June 3, 2011.

This continuance is requested as defense counsel needs adequate time to prepare for the case, the parties are in negotiations to resolve the matter, the defendant's attorney will be reviewing documents related to the charges.

Accordingly, all counsel and defendant agree that time under the

Stip and Order continuing status hearing

Speedy Trial Act from the date this stipulation is lodged, through June 3, 2011 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(A) and Local Code T4.

DATED: June 7, 2011.   Respectfully submitted,

MARK J. REICHEL, ESQ.

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for defendant

Benjamin B. WAGNER
United States Attorney

DATED: June 7, 2011.   /s/MARK J. REICHEL for:
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(7)(A) and Local Code T4.

Dated:  June 7, 2011

GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                              2