MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
GUILLERMO MAYORGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br><br>GUILLERMO MAYORGA<br><br>          Defendant. | Case No. 08-475 GEB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON**<br><br>DATE: October 14 2011<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell Jr. |

**It is hereby stipulated and agreed by the parties herein, that the present date for the status conference of this matter shall be vacated and re calendared for the date of October 14, 2011.**

**Defendant's counsel and the United States are in negotiations to resolve this case; additional witnesses and factual matters must be investigated and verified pursuant to those negotiations. The time is needed in that regard.**

**Based on all of the foregoing, the parties stipulate and agree that the interests of justice outweigh the interests of the public and the defendant in a speedy trial. Specifically, the parties stipulate**

Stipulation

and agree that exclusion of time under the Speedy Trial act is appropriate under local code T4 under Title 18, United States Code, as well as for preparation of counsel under section 3161(h)(7)(B)(iv).

Therefore, the parties request the Court continue the status conference/change of plea to October 14, 2011 at 10:00 a.m.

Dated: September 15, 2011

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: /s/ MICHAEL BECKWITH
                                    Assistant U.S. Attorney


                                    /s/ MARK J. REICHEL
                                    MARK J. REICHEL, Esq.
                                    Counsel for Defendant

## O R D E R

**IT IS SO ORDERED.** GOOD CAUSE APPEARING it is hereby ordered that time is excluded under the Speedy Trial Act under local code referencing Title 18, United States Code section(h)(7)(B)(iv). The Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

Dated: September 18, 2011

                                    GARLAND E. BURRELL, JR.
                                      United States District Judge