MARK J. REICHEL, Bar #155034
REICHEL & PLESSER L.L.P.
Attorneys At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
GUILLERMO MAYORGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR. S-08-475 GEB |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE STATUS |
| v. ) | CONFERENCE; ORDER THEREON |
| ) | |
| ) | Date:    December 9, 2011 |
| ) | Time:    9:00 a.m. |
| GUILLERMO MAYORGA ) | Judge:   Hon. Garland E. |
| ) | Burrell Jr. |
| Defendants. | |
| _____ | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant MAYORGA, that the status conference be continued to December 9, 2011.

This continuance is requested as defense counsel needs adequate time to prepare relevant matters on the case, engage in negotiations with the United States, perform factual background development for the case.

Stipulation and Order

1    Accordingly, all counsel and defendants agree that time under the
2 Speedy Trial Act from the date of November 11, 2011, through December
3 9, 2011 should be excluded in computing the time within which trial
4 must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §
5 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: November 22, 2011.        Respectfully submitted,

                                 MARK J. REICHEL, ESQ.

                                 *Mark J. Reichel*
                                 MARK J. REICHEL
                                 Attorney for defendant


                                 BENJAMIN WAGNER
                                 United States Attorney


DATED: November 22, 2011.        */s/MARK J. REICHEL* for:
                                 JILL THOMAS
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  November 22, 2011

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

Stip and Order                                    2