MARK J. REICHEL, Bar #155034
REICHEL & PLESSER L.L.P.
Attorneys At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
GUILLERMO MAYORGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR. S-08-475 GEB |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE STATUS |
| v. ) | CONFERENCE; ORDER THEREON |
| ) | |
| ) | Date:    January 27, 2012 |
| ) | Time:    9:00 a.m. |
| GUILLERMO MAYORGA ) | Judge:   Hon. Garland E. |
| ) | Burrell Jr. |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant MAYORGA, that the status conference be continued to January 27, 2012.

This continuance is requested as defense counsel needs adequate time to prepare relevant matters on the case, engage in negotiations with the United States, perform factual background development for the case.

Stipulation and Order

1    Accordingly, all counsel and defendants agree that time under the
2 Speedy Trial Act from the date of January 20, 2012 through January 27,
3 2012 should be excluded in computing the time within which trial must
4 commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161
5 (H)(7)(B)(iv) and Local Code T4.

DATED: January 19, 2012.          Respectfully submitted,

                                  MARK J. REICHEL, ESQ.

                                  *Mark J. Reichel*
                                  MARK J. REICHEL
                                  Attorney for defendant


                                  BENJAMIN WAGNER
                                  United States Attorney


DATED: January 19, 2012.          */s/MARK J. REICHEL* for:
                                  JILL THOMAS
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


## O R D E R

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  January 19, 2012

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

Stip and Order                                    2