MARK J. REICHEL, Bar #155034
REICHEL & PLESSER L.L.P.
Attorneys At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
GUILLERMO MAYORGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-08-475 GEB |
| Plaintiff, ) | |
| ) | STIPULATION TO REMOVE PRETRIAL |
| v. ) | DRUG TESTING CONDITION; ORDER |
| ) | THEREON |
| GUILLERMO MAYORGA ) | |
| Defendants. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant MAYORGA, that the defendant no longer be required to submit to pretrial drug testing. This condition was suggested to be removed by the Pretrial Services Agency.

Stipulation and Order

```
DATED: April 16, 2012.    Respectfully submitted,

                          MARK J. REICHEL, ESQ.

                          Mark J. Reichel
                          MARK J. REICHEL
                          Attorney for defendant


                          BENJAMIN WAGNER
                          United States Attorney


DATED: April 16, 2012.    /s/MARK J. REICHEL for:
                          JILL THOMAS
                          Assistant U.S. Attorney
                          Attorney for Plaintiff
```

## O R D E R

**IT IS SO ORDERED.**

DATED: April 16, 2012.

　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stip and Order                                    2