MARK J. REICHEL, Bar #155034
REICHEL & PLESSER L.L.P.
Attorneys At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com


Attorney for Defendant
GUILLERMO MAYORGA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR. S-08-475 GEB |
| Plaintiff, ) | |
| ) | ORDER EXONERATING BOND |
| v. ) | |
| ) | |
| ) | |
| ) | |
| GUILLERMO MAYORGA ) | |
| ) | |
| Defendants. | |
| _____ | |

Defendant, having surrendered himself for service of sentence, following remand by this court on November 30, 2012, it is hereby requested that bond previously posted in this matter be exonerated and all remaining terms of pre-trial release be vacated.

Exonerating Bond

DATED: January 2, 2013.  Respectfully submitted,

                              MARK J. REICHEL, ESQ.

                              *Mark J. Reichel*
                              MARK J. REICHEL
                              Attorney for defendant


                              BENJAMIN WAGNER
                              United States Attorney


# O R D E R

**IT IS SO ORDERED.**

Dated:  January 2, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Exonerating Bond                      2