HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GUILLERMO ANTONIO MAYORGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUILLERMO ANTONIO MAYORGA,<br><br>Defendant | No.  Cr. 2:08-cr-475 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable GARLAND E. BURRELL, JR. |

Defendant, GUILLERMO ANTONIO MAYORGA, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.     On November 30, 2012, this Court sentenced Mr. Mayorga to a term of 106 months imprisonment;

3.     His total offense level was 29, his criminal history category was VI, and the resulting guideline range was 151 to 188 months.  He received a reduction off the low-end of the applicable range on the government's motion;

4. The sentencing range applicable to Mr. Mayorga was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Mayorga's total offense level has been reduced from 29 to 27, and his amended guideline range is 130 to 162 months. A reduction comparable to the one he received initially produces a term of 91 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Mayorga's term of imprisonment to a total term of 91 months. The parties agree this sentence is fair and reasonable under 18 U.S.C. § 3553(a).

Respectfully submitted,

Dated: November 2, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: November 2, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
GUILLERMO ANTONIO MAYORGA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Mayorga is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 130 to 162 months. A reduction comparable to the one he received initially produces a term of 91 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2012 is reduced to a term of 91 months, a sentence that is fair and reasonable under 18 U.S.C. § 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Mayorga shall report to the United States Probation Office within seventy-two hours after his release.

Dated: November 4, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge